554

438 A.2d 629

Commonwealth v. Powellson, Appellant.

Submitted March 9, 1981.   Gary S. Fronheiser, Assistant Public Defender, for appellant;   George C. Yatron, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Judgment of sentence affirmed.

438 A.2d 629

Commonwealth v. Sloneem, Appellant.

Submitted March 9, 1981. Joseph Sloneem, appellant, in propria persona;   Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Order affirmed.